United States district Court
for the
district of Connecticut

*$m CCI*
*24 pgs 3/11/26*

Darius Tyresse DuBose )
Plaintiff/Complainant )
)
)
v. )
)
Tyler Allen-Trooper, et al., ) Case No._____
Ross K. Dalling-Sergeant, et al,. ) _____DEMAND FOR TRIAL
John/Jane Doe, et al., )
Jane/John Doe, et al., )
John/Jane Doe, et al., )
TROOP A BARRACKS et al., ) January 25, 2026 A.D.


CIVIL RIGHTS COMPLAINT

I.                    JURISDICTION AND VENUE


1 This is a Common Law Cause of Action, authorized by and
Pursuant to: Article III and VI and the 1st, 4th, 5th, 6th, 7th,
9th, Amendment of the United States Constitution against said
Defendants for Petition Redress of Grievance and this Court is
the proper venue and has Jurisdiction because it is the
district/county wherein the acts given rise to and cause for this
instant case took place, the Plaintiff Demand is for more than
Thirty Dollars ($30.00) for relief so a trial is guaranteed.

        II.          PLAINTIFF

2 Plaintiff Darius Tyresse DuBose, is and was partially at all
times mentioned herein, a Prisoner against his will without his
consent as Duress Imprisonment and Duress Per Minas stored and
warehoused as human cattle/chattel Unlawfully Imprisoned reduced
to Servitude and Peonage at a STATE OF CONNECTICUT DEPARTMENT OF
CORRECTION Institution and His current Mailing Location is
c/o 900 Highland Avenue, Cheshire, Connecticut.


CIVIL RIGHTS COMPLAINT          1/13          03221984-DTD-CRC

III.                    DEFENDANTS

3. Defendant - CSP TROOP A BARRACKS is and was the Department in which Defendants are paid by, work for and at, doing business as and its address is 90 Lakeside Road, Southbury, Connecticut 06488

4. Defendant -Tyler Allen, Badge No.1332 is and was the Conspirator and is a Connecticut State Trooper of CSP TROOP A BARRACKS at 90 Lakeside Road, Southbury, Connecticut 06488. He is legally/lawfully responsible of the Public Safety, Public Trust, and Constitutional Contractual/Fiduciary Duties Imposed by Law.

5. Defendant - Ross K. Dalling, Badge No.0181 is and was a co-conspirator and is a Connecticut State Trooper of CSP TROOP A BARRACKS at 90 Lakeside Road, Southbury, Connecticut 06488. He is legally/lawfully reasponsible as a Sergeant/Supervisor for the operation of the State of Connecticut, Department of Public Safety, Public Trust and Constitutional Contractual/Fiduciary Duties Imposed by Law.

6. Defendant - Trooper Dinunzio, Badge No.736 is and was a co-conspirator and is a Connecticut State Trooper of CSP TROOP A BARRACKS at 90 Lakeside Road, Southbury, Connecticut 06488. He is legally/lawfully responsible for the operation of the Public Safety, Public Trust and Constitutional Contractual/Fiduciary Duties Imposed by Law.

7. Defendant - Trooper First Class Weber Badge No.1292 is and was a co-conspirator and is a Connecticut State Trooper of CSP TROOP A BARRACKS at 90 Lakeside Road, Southbury, Connecticut 06488. He is legally/lawfully responsible for the operation of the Public Safety, Public Trust and Constitutional Contractual/Fiduciary Duties Imposed by Law.

8. Defendant - Sergeant Costella, Badge No.107 is and was a co-conspirator and is a Connecticut State Trooper of CSP TROOP A BARRACKS at 90 Lakeside Road, Southbury, Connecticut 06488. He is legally/lawfully responsible for the operation of the Public Safety, Public Trust and Constitutional Contractual/Fiduciary Duties Imposed by Law.

IV.                    FACTS

9. At all times relevant to this case, Plaintiff Darius Tyresse DuBose, Reserved all Rights pursuant to C.G.S. 42a-1-308 and at no time was willing to waive or give up any of his rights as demonstrated by his actions and wish the Honorable Court to address this case by point-for-point.

CIVIL RIGHTS COMPLAINT          2/13          03221984-DTD-CRC

10. On March 31, 2023 at 09:01-09:30 A.M. in the area of Route 8 North Exit 31, Plaintiff was was lawfully in pursuit of his Life, Liberty and pursuit of Happiness by exercising his Constitutionally protected and secured right to Travel to and fro as he well see fit and was doing so with his wife Kathryn Michelle Lynn as he was followed , stalked and was aggresively pulled over as in a state of emergency by a Agent that appeared to him to be a Connecticut State Trooper by the name Tyler Allen, Badge No.1332 who at the time was operating out of Troop A Barracks.

11. Plaintiff Reserved His Rights and invoked the 5th Amendment in which the defendant disregarded by blatantly ignoring this Constitutionally protected and secured right asking the Plaintiff questions such as do he have a Driver License in which the Plaintiff do not and did not have because the Plaintiff has never applied for one before and is not authorized to own one unless it is for Commercial purposes for hire as the Plaintiff was not at all acting Commerce and and was not therefore authorized to have one while in the lawful act of Traveling to and fro(See Attached Affidavit Right to Travel with Impunity).

12. Plaintiff informed the Defendant that he was a National and would like to speak to a Supervisor because the defendant Tyler Allen was very much violating his Constitutional rights by acting against the Federal Constitution and the Supremacy Clause.

13. The Defendant Called for back up and a Supervisor that arrived and colluded with Tyler Allen as others did when they too arrived colluding with one another against the Plaintiff and the Constitution the Supervisor that arrived was known to be Sergeant Costella, Badge No.107.

14. That all of the named defendants got the Plaintiff out his Private property / Private Automobile and unlawfully arrested him and stole his Private property without Due Process and/or Just Compensation by Towing his Private Property to a place that was not the domicile of the Plaintiff.

15. While in custody the defendants begin to perform Logical Fallicies on the Plaintiff and use false information on the documents by perjuring all information on the documents attesting that the last known address of the Plaintiff is/was 17 Chamberlain Street, Vernon,Connecticut 06066 in which the Plaintiff never in his life been before nor has any idea as to where that is or the location, Plaintiff has no association to and with that address as defendant attest to while perjuring breaching public trust.

CIVIL RIGHTS COMPLAINT                3/13           03221984-DTD-CRC

16. All Named Defendant acted and partook in the unlawful arrest of the Plaintiff as they looted, stole and towed the Private Property of the Plaintiff as all police body footage will support this case proving each defendant acted in conspiracy against the Plaintiff's Unalienable Rights as the Plaintiff maintains that no crimes have been present as Plaintiff was acting and conducting himself in harmony with the Supreme Law of the Land in which defendants knowingly and willfully Denied/Deprived Plaintiff of.

17. Defendant Tyler Allen beared false witness when he transported Plaintiff to a Waterbury Hospital stating that the Plaintiff wanted to kill himself in which the Plaintiff never said anything of that nature. This Agent has used fraud from the beginning known to be Fruit From a Poisonous Tree Doctrine.

18. Plaintiff was then transported to New Haven County Jail where he was being abused by medical Agents because of the false statements of defendant Allen and he was held in utter isolation for seven (7) days before he was able to call for help and escape his abuser's by posting bond immediately.

19. Due to the unlawful and unconstitutional violations of the Defendants the Plaintiff not only suffered mentally, physically, emotionally but finacially as he had to post bond lost wages because he could not make it to work because he was held in isolation in jail unable to make a phone call because the medical and jail officials denied/deprived the right to make a call to bond out for seven days and lost his only means of transportation because tow fees were extreme and Plaintiff had no way to work lost his job and had no money to get his property from the tow.

20. Plaintiff has also struggled to make it to court dates in Waterbury, his court date given was on April 03, 2023 A.D. at Waterbury Superior Court GA#4, 400 Grand Street, Waterbury Connecticut, before the Honorable Judge Joseph B. Schwartz, given the matter the Docket Numbers U04W-CR23-0503765-S, U04W-MV23-0486508-S, U04W-CR21-0498236-S, U04W-MV21-0483688-S

21. Due to the actions of the Defendants breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, Plaintiff has suffered Irreparable Harms and has missed court dates due to the defendants actions causing Plaintiff to lose his only means of transpotation leading to warrants and arrest of the Plaintiff as he struggled to travel from Shelton to Waterbury for court dates.

22. That Plaintiff was noticed by a court official by the name of Matthew Costello via USPS, this envelope was dated May 09, 2024 as the letter he sent was dated May 03, 2024 as the content of the letter stated "Please be advised your pending charges in Waterbury were all nolled today(May 3, 2024). Good luck to you. Very truly yours, Attorney Matthew Costello (860)803-0287".

23. The Plaintiff was not ever present nor he has not made a plea and the court can not act nor make any pleas without him being present to plea out to a nollie plea. As the Plaintiff was not aware of any such plea nor never authorized any one to act on his behalf to endorse any signatures or consent to any acts of actions, the court just outright made a plea and nollie without the knowledge and presence of the Plaintiff in which the court can not do, only the Plaintiff can plea for himself on the record and for the record in order to do that the Plaintiff must be present as an active party to the matter.

V.         LEGAL CLAIMS

24. Defendant Tyler Allen used a reckless abuse of power to act willfully and knowingly against the Plaintiff's Unalienable Constitutional Protected and Secured Rights by Depriving/Denying, and restricting Plaintiff the rights to Life, Liberty and pursuit to Happiness by exercising his Constitutionally Protected and Secured right to Travel to and Fro as Plaintiff was not acting in commerce or criminal conduct. Defendant Allen's action violated Plaintiff DuBose's rights under the Eighth Amendment to the United States Constitution and caused Plaintiff DuBose Irreparable Harm, pain, suffering, physical injury, and emotional distress and financal burdened.

25. Defendant Tyler Allen breached his Constitutional/Contractual and Fiduciary Duties to uphold the Laws of the Land and the rights of Plaintiff DuBose violating the Public Trust in the process, and perjured information about Plaintiff DuBose on Documents bearing false witness, Defamation of Character . Defendant Allen's action violated Plaintiff DuBose's rights under the Fourth, Fifth, Eighth, and Ninth Amendments to the United States Constitution and caused Plaintiff DuBose, pain, suffering, Irreparable Harm, emotional distress and financial burdens.

26. By helping and aiding, and witnessing Defendant Tyler Allen's illegal/unlawful actions, failing to correct that misconduct, and supporting and encouraging the continuation of the unlawful misconduct, Defendants Trooper Dinunzio, Badge No.736 Trooper First Class Weber, Badge No.1295, Sergeant Costella, Badge No.107, Sergeant Ross K. Dalling, Badge No.0181 actions was a direct violation of Plaintiff's Unalienable Rights to his Person, Papers, Due Process, Equal Protection of the Law, Freedom of Speech, and constituted as Trespass,Trespass on the Case, Trover, Assumpsit, Defamation of Character, Grand Theft Auto, Unlawful Imprisonment, Crual and Unusual Punishment, Breach of Contract, Mental and Emotional suffering and distress, Loss of Wages, Kidnapping, Breach of Fiduciary Duties Imposed by Law, in violation of Rights Secured to Plaintiff under the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Amendments to the Constitution of the United States.

27. By threatening Plaintiff while armed and potentially dangerous with conspiratorial misconduct for exercise of his right to Life, Liberty, and Pursuit of Happiness by lawfully Traveling to and fro in harmony with the Supreme Law of the Land/Constitution, Defendants Allen, Dinunzio, Weber, Dalling Costella is retaliating/warring against Plaintiff DuBose and the Constitution the Plaintiff upholding,these illegal and unlawful actions is a direct violation of Plaintiff's Unalienable Rights to his Person, Papers, Due Process, Equal Protection of the Law, Freedom of Speech, and constituted as Trespass, Trover, Assumpsit, Defamation of Character, Malicious Prosecution, Constructive Fraud, Cruel and Unusual Punishment, Breach of Contract, in violation of Rights Secured to Plaintiff under the 1st, 4th, 5th, 6th,7th, 8th, 9th, Amendments to the Connecticut of the United States.

28. Defendants Tyler Allen, Ross K. Dalling,Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Deprived the Plaintiff the lawful Right to Travel, is/was in direct violation of Plaintiff's Unalienable Rights to his Person, Paper, Life, Liberty, Pursuit of Happiness, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constituted as Trespass, Trover, Assumpsit, Defamation of Character, False Imprisonment, Constructive Fraud, Cruel and Unusual Punishment, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

29. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Denied/Deprived Plaintiff the Right to Life, Liberty, and Pursuit of Happiness pursuant to ARTICLE FIRST 8 Section of the Connecticut Constitution was/is in direct violation of Plaintiff's Unalienable Rights to his Life, Liberty, and Pursuit to Happiness, Papers, Person, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Cruel and Unusual Punishment, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

30. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to deny/deprive the Plaintiff the Right of acquiring property/rights pursuant to ARTICLE FIRST Section 8 of the Connecticut Constitution was/is in direct violation of Plaintiff's Unalienable Rights to his Life, Liberty, Pursuit to Happiness, Person, Papers, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit of Happiness, Cruel and Unusual Punishment, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

40. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to deny/deprive Plaintiff the right of Possessing Property/Rights pursuant to ARTICLE FIRST Section 8 of the Connecticut Constitution was/is in direct violation Plaintiff's Unalienable Rights to his Person, Papers, Life, Liberty, Pursuit of Happiness, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit Happiness, Cruel and Unusual Punishment, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States

CIVIL RIGHTS COMPLAINT                7/13        03221984-DTD-CRC

41. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to deny/deprive Plaintiff the right of defending property/rights pursuant to ARTICLE FIRST Section 8 of the Connecticut Constitution was/is in direct violation of Plaintiff's Unalienable Rights to his Person, Papers, Life, Liberty, Pursuit to Happiness, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and Constitute as Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit to Happiness, Cruel and Unusual Pnishment, Breach of Constitutional Contractual/ Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States

42. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to Deny/Deprive Plaintiff the rights of Privacy Pursuant to ARTICLE FIRST Section 8 of the Connecticut Constitution was/is in direct violation of Plaintiff's Unalienable Rights to his Person, Papers, Life, Liberty, Pursuit of Happiness, Due Process, Equal Protection of the Law, Freedom of Speach, Freedom of Expression, and Constitute as Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit to Happiness, Cruel and Unusual Punishment, Breach of Constitutional Contractual/ Fiduciary Duties Imposed by Law, in violation of Rights Secured to Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

43. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to Deny/Deprive Plaintiff the Right of action in Courts before lawfully acting against the Plaintiff being treated as guilty of an undefined crime, punished without due process lied and forged documents to get Plaintif admitted into a Hospital which lead to other State medical Agents to force medicate him with dangerous drugs without cause before any action is commenced pursuant to ARTICLE FIRST Section 10 of the Connecticut Constitution and was/is in direct violation of Plaintiff's Unalienable Rights to his Papers, Person, Life, Liberty, Pursuit to Happiness, Due Process, Equal Protection of Law, Freedom of Speech, Freedom Expression, Freedom of Liberty, and constitutes Trespass,

44. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to Deny/Deprive Plaintiff of Property and Rights without due Process of law pursuant to ARTICLE FIRST Section 11 of the Connecticut Constitution and was/is in direct violation of Plaintiff's Unalienable Rights to his Person, Papers, Life, Liberty, Pursuit of Happiness, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constituted ad Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Cruel and Unusual Punishment, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

45. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to Deny and Deprive Plaintiff his rights to Private Property as they took it for public use without just compensation, conversion and Grand Theft of Private Property and theft of compensation for energy and time and labor, an issue of Slavery/Servitude and Peonage Pursuant to ARTICLE FIRST Section 11 of the Connecticut Constitution and was/is in direct violation of Plaintiff's Unalienable Rights to his Life, Liberty, Pursuit to Happiness Person, Papers, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Malicious/False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit of Happiness, Cruel and Unusual Punishement, Breach of Public Trust, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

46. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to Deny/Deprive Plaintiff the right of Equal Protection of the Law and Right of Liberty of Conscience by punishing Plaintiff by distorting what he said and what he did maliciously distorting paperwork and documents in order to justify the means of some kind of case and/or jurisdiction over him for exercising the liberty of conscience pursuant to ARTICLE FIRST Section 20 of the Connecticut Constitution was/is in direct violation of

Plaintiff's Unalienable Rights to his Life, Liberty, Pursuit of Happiness, Person, Papers, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Perjury,False Statements, Filing a False Record, Falsely reporting an Incident, Defrauding Secured Party, Harassment, Act of Terrorism, Identity Theft, Trafficking in personal Identifying Information, Malicious/ False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit of Happiness, Cruel and Unusual Punishment, Breach of the Public's Trust, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

47. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Conspire to Deny/Deprive Plaintiff of Property and Rights without due process of law pursuant to ARTICLE FIRST Section 11 of the Connecticut Constitution and is/was in direct violation of Plaintiff's Unalienable Rights to his Person, Papers, Life, Liberty, Pursuit of Happiness, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Perjury, False Statements Filing a False Record, Falsely Reporting an Incident, Defrauding Secured Party, Harassment, Act of Terrorism, Identity Theft, Gran Theft Auto, Trafficking in Personal Identifying Information, Malicious/False Imprisonment, Constructive Fraud, Infringement of Life, Liberty, Pursuit of Happiness, Cruel and Unusual Punishment, Breach of Public Trust, Breach of Constitutional Contractual/Fiduciary Duties Imposed by Law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.

48. Defendants Tyler Allen, Ross K. Dalling, Trooper Dinunzio, Trooper First Class Weber, Sergeant Costella, CSP TROOP A BARRACKS
Action(s) to: Willingly and Knowingly conspired to commit all of said actions stated herein said complaint and injured the Plaintiff by abusing Executive and Judicial Power to systematically plunder Plaintiff and Commercially hinder him and rob/steal all of his Rights and Property by brute force without his consent against his will acting against him with prejudice treating Plaintiff as if he were enigmatic for him being Sui Generis and is/was in direct violation of

Plaintiff's Unalienable Rights to his Person, Papers, Life, Liberty, Pursuit of Happiness, Due Process, Equal Protection of the Law, Freedom of Speech, Freedom of Expression, Private Property, and constitutes as Trespass, Trover, Assumpsit, Defamation of Character, Perjury, False Statements, Filing a False Record, Falsely Reporting an Incident, Defrauding Secured Party, Harassment, Act of Terrorism, Identity Theft, Gran Theft Auto, Trafficking in Personal Identifying Information, Malicious/False Imprisonment, Constructive Fraud Infringement of Life, Liberty, Pursuit of Happiness, Cruel and Unusual Punishment, Breach of Public Trust, Breach of Constitutional Contractual/Fiduciary Duties Imposed by law, in violation of Rights Secured to the Plaintiff under the 1st, 4th, 5th, 6th, 7th, 8th, 9th, Amendments to the Constitution of the United States.


VI.          <u>DEMAND FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully demands that this Court enter a judgement granting Plaintiff:

a. An declaration that acts and ommission described herein violated Plaintiff's Unalienable Rights, the Constitutions and Laws of the STATE of CONNECTICUT and the United States;

b. The Return of the stolen property or the complete value plus the monies that was invested into that stolen Private Property

c. Lost wages, due to not able to make it to work and court dates due to the actions of Defendants, Plaintiff's financial structure crumbled resulting to lost of transportation, lost of work, and missed court dates and imprisoned;

d. Compensatory damages in the full amount of $333,000.00 against each defendant, jointly and severally, individually and in their official capacity;

e. A Jury trial on all issues triable by jury;

f. Plaintiff's cost in this suit payable by the defendants;

g. Any additional relief this Honorable Court deems just, proper and reasonable and equitable.

h. Case was Nollied and Plaintiff should be fully restored.


CIVIL RIGHTS COMPLAINT          11/13          03221984-DTD-CRC

<u>Declaration Under Penalty of Perjury</u>

I, Darius Tyresse DuBose, the Undersigned Beneficiary Complainant declares under penalties of bearing false witness, that the foregoing Complaint as stated herein is true, correct, certain and complete, now a matter of public record, a standard operating procedure of the STATE OF CONNECTICUT CORPORATION and, by first hand knowledge and experience, and I have read this Complaint, So Mote It Be.


C.G.S. 42a-1-308

*Darius Tyresse DuBose (c)*                    *03/11/2026*

Darius Tyresse DuBose, Complainant              Date



                    Darius Tyresse DuBose
              c/o 900 Highland Avenue
                    Cheshire, Connecticut



CIVIL RIGHTS COMPLAINT            12/13            03221984-DTD-CRC

### * PROOF OF SERVICE *

I, Darius Tyresse DuBose, certify under penalty of perjury that
_March 11_____, 2026, I served a copy of Affidavit of Fee
waiver and Civil Rghts Complaint by USPS Mail and/or
Electronically on the Court's Record. Notice of this filing will
be sent to all parties by operation of the Court's Electronic
Filing System and/or by the parties Principals or Agents or by
USPS Mail to anyone unable to accept Electronic Filing as
indicated on the Notice of Electronic Filing. Parties may access
this filing through the Court's CM/ECF System.


* United States District Court
  141 Church Street
  New Haven, Connecticut 06511

* TROOP A BARRACKS
  Tyler Allen
  Ross K. Dalling
  Trooper Dinunzio
  Trooper First Class Weber
  Sergeant Costella
  90 Lakeside Road
  Southbury, Connecticut 06488


_Note Civil Rights Addendum and Article III Judge Jurisdiction Consent_


C.G.S. 42a-1-308
_Darius Tyresse DuBose ©_                          _3/11/26_
Darius Tyresse DuBose, Sui Juris                   Date


CIVIL RIGHTS COMPLAINT          13/13          03221984-DTD-CRC

United States district Court
for the
district of Connecticut


Darius Tyresse DuBose                )
Plaintiff                            )
                                     )
        v.                           )
                                     )
                                     )
Tyler Allen-Trooper, et al.,         )
Ross K. Dalling-Sergeant, et al.,    )  Case No._____
John/Jane Doe, et al.,               )
John/Jane Doe, et al.,               )
John/Jane Doe, et al.,               )  March 1, 2026 A.D.
TROOP A BARRACKS, et al.,            )
    DEFENDANTS


## CIVIL RIGHTS COMPLAINT ADDENDUM


### CAUSE OF ACTION

This is a Common Law Cause of Action, whereas Plaintiff Darius
Tyresse DuBose, respectfully incorporates this herein Addendum,
as though this were stated in his initial Common Law Civil Rights
Complaint.

### Plaintiff Was Subjected To Cruel and Unusual Punishment In Violation of The Eighth Amendment To The Constitution


    Defendant Ross K. Dalling, Badge No.0181 knowingly and
willingly violated the Plaintiff's Eighth Amendment right to be
free from cruel and unusual punishment by co-conspiring with his
fellow TROOP A BARRACKS members to unlawfully imprison, seize,
deny/deprive Plaintiff of his Private automobile by stealing it
without just compensation, as Sergeant he could had prevented
violations on his watch but condoned it and disregarded the
Constitutions of the United States and Connecticut by partaken in
the unlawful arrest/imprisonment and unlawful seizure of private
property of the Plaintiff without just compensation.


CIVIL COMPLAINT ADDENDUM          1/ 6          03221984-DTD-CCA

Defendant Sergeant Costella, Badge No.107 knowingly and willingly violated the Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment by co-conspiring with his fellow TROOP A BARRACKS members to unlawfully imprison, seize, denied/deprived Plaintiff of his Private Automobile by stealing it without just compensation, as Sergeant he failed to ensure the protection of the Plaintiff's rights by preventing violations on his watch but condoned it and disregarded the Constitutions of the United States and Connecticut by partaken in the unlawful arrest/imprisonment and unlawful seizure of Private Property of the Plaintiff without just compensation.

Defendant Trooper First Class Weber, Badge No.1292 knowingly and willingly violated the Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment by co-conspiring with his fellow TROOP A BARRACKS members to unlawfully imprison, seize deny/deprive Plaintiff of his Private Automobile by stealing it without just compensation, as he disregarded the Constitutions of the United States and Connecticut by partaken in the unlawful arrest/imprisonment and unlawful seizure of Private Property of the Plaintiff without just compensation.

Defendant Trooper Dinunzio, Badge No.736 knowingly and willingly violated the Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment by co-conspiring with his fellow TROOP A BARRACKS members to unlawfully imprison, seize, deny/deprive Plaintiff of his Private Automobile by stealing it without just compensation, as he disregarded the Constitutions of the United States and Connecticut by partaken in the unlawful arrest/imprisonment and unlawful seizure of Private Property of the Plaintiff without just compensation.

Defendant Tyler Allen, Badge No.1332 knowingly and willingly violated the Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment by initiating a conspiracy with his fellow TROOP A BARRACKS members to unlawfully imprison, seize, deny/deprive Plaintiff of his Rights and Private Automobile by stealing it without just compensation, as he disregarded the rights of the Plaintiff by disregarding the Constitutions of the United States and State of Connecticut by initiating the unlawful arrest/imprisonment and unlawful seizure of Private Property of the Plaintiff without just compensation or warrant.

CIVIL COMPLAINT ADDENDUM          2/6 6          03221984-DTD-CCA

### Plaintiff Was Subjected to Unlawful/Unreasonable Searches and Seizures Without Probable Cause or Warrants In direct Violation of the Fourth Amendment to the U.S. Constitution

Defendants Tyler Allen, Ross K. Dalling, Weber, Costella, and Dinunzio not only violated the Fourth Amendment to the Constitution of the United States but violated ARTICLE FIRST Subsection 7 of the Connecticut Constitution in the process which protects against unreasonable searches and seizures whereas these Defendants acted under Color of Law, Color of Authority, Color of Office, and Color of State without lawful authority and willfully denied/deprived Plaintiff rights protected by the United States Constitution and/or Federal Law, including Fourth Amendment rights against unreasonable seizure of property.

### RELIF REQUESTED

Plaintiff incorporates this entire Addendum, as though it were stated fully herein.

The Plaintiff requests that this Court grant the following relief:

A. Issue a declaratory judgement, in their official capacities, stating that the Plaintiff's Eighth Amendment rights to be free from Cruel and Unusual Punishment were violated when:

1) Defendant Ross K. Dalling failed to protect Plaintiff's Unalienable Right to his Person, Papers, Due Process, Equal Protection of the Law, Freedom of Speech, failed to protect the Plaintiff's right to Travel and be free from unlawful arrest and imprisonment.

2.) Defendant Ross K. Dalling failed to protect the Plaintiff from Defamation of Character, Grand Theft Auto, Unlawful Seizure of Private Property, Mental and Emotional Suffering and distress, Loss of Wages and was fully aware of the matter.

3.) Defendant Costella failed at his Fiduciary Duties to protect Plaintiff's Unalienable Rights to his Person, Papers, Property, Equal Protection of the Law, Freedom of Speech, failed to protect the Plaintiff's right to Travel and be free from Unlawful Arrest and Unlawful Imprisonment.

CIVIL COMPLAINT ADDENDUM          3/6          03221984-DTD-CCA

4.) Defendant Costella failed at his Fiduciary Duties to protect the Plaintiff from Defamation of Character, Gran Theft Auto, Unlawful Seizure of of Private Property, Mental and Emotional Suffering and Distress, Lost of Wages and was fully aware of the matter.

5.) Defendant Tyler Allen Failed at his Constitutional/ Contractual Fiduciary Duties imposed by law to refrain from infringing on Plaintiff's Life, Liberty, and Pursuit to Happiness but knowingly failed to protect Plaintiff's Unalienable Rights to his Person, Papers, Privacy, Right to Travel, Due Process, Equal Protection of the Law, Freedom of Speech, Free From Unlawful Arrest and Unlawful Imprisonment, Constructive Fraud.

6.) Defendant Tyler Allen Failed at his Constitutional/ Contractual Fiduciary Duties that are imposed by law to protect the Plaintiff from Defamation of Character, Gran Theft Auto, Unlawful Seizure of Private Property, Mental and Emotional Suffering and Distress, Causing Plaintiff hardship and loss of wages due to having no way to make it to work to make a living and causing the Plaintiff to miss Court dates because of Defendant Allen's Reckless actions and Stealing Plaintiff's Private Automobile.

7.) Defendant Weber Failed at his Constitutional/Contractual and Fiduciary Duties that are imposed by law to protect Plaintiff's Unalienable Rights to Person, Papers, Property, Equal Protection of the Law, Freedom of Speech, Right to Travel and be free from Unlawful Arrest and Unlawful Imprisonment.

8.) Defendant Weber failed at his Constitutional/Contractual and Fiduciary Duties that are imposed by law to protect the Plaintiff from Defamation of Character, Gran Theft Auto, Unlawful Seizure of Private Property, Mental and Emotional Suffering and Distress, Loss of Wages and he was fully aware and involed in the matter.

9.) Defendant Dinunzio failed at his Constitutional/Contractual and Fiduciary Duties that are imposed by law to protect Plaintiff's Unalienable Rights to Person, Papers, Property, Equal Protection of the Law, Freedom of Speech, Right to Travel and to be free from Unlawful Arrest and Unlawful Imprisonment.

10.) Defendant Dinunzio failed at his Constitutional/Contractual and Fiduciary Duties that are imposed by law to protect the Plaintiff from Defamation of Character, Gran Theft Auto, Unlawful Seizure of Private Property, Mental and Emotional Suffering and Distress, Loss of Wages and he was fully aware of the matter.

CIVIL COMPLAINT ADDENDUM          4/6          03221984-DTD-CCA

B. Order the Defendants, in their individual capacities, jointly and severally, to pay the Plaintiff compensatory damages.

C. Order the Defendants, in their individual capacities, jointly and severally to punitive damages.

D. Order the Defendants, in their individual capacities, jointly and severally, to pay all reasonable fees and costs.

E. Order the Defendant to return the Private Property and/or the value and monies that Plaintiff invested in the Automobile; and

F. Grant any other just and equitable relief that this Honorable Court deems appropriate, reasonable, fair and just.

Respectfully Submitted,

Without Prejudice
C.G.S. 42a-1-308

Darius Tyresse DuBose ©

Darius Tyresse DuBose, Sui Juris
c/o 900 Highland Avenue
Cheshire, Connecticut Republic

CIVIL COMPLAINT ADDENDUM            5/6         03221984-DTD-CCA

## <u>Declaration Under Penalty of Perjury</u>

I, Darius Tyrsse DuBose, the Undersigned Beneficiary Plaintiff,
declare under penalties of perjury, that the foregoing Addendum
as stated herein is true, correct, certain and complete, now a
matter of public record, a standard operating procedure of the
STATE OF CONNECTICUT CORPORATION and, I have first hand knowledge
and experience of the facts, and I have read this Addendum, So
Mote It Be.

      Without Prejudice
C.G.S. 42a-1-308 & UCC 1-308

_Darius Tyresse DuBose©_              _3/11/26_
Darius Tyresse DuBose, Sui Juris      Date
FOR DARIUS TYRESSE DUBOSE, ENS LEGIS


         Darius Tyresse DuBose
       c/o 900 Highland Avenue
         Cheshire, Connecticut


CIVIL COMPLAINT ADDENDUM      6/6      03221984-DTD-CCA